UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CLERK'S MINUTES

CASE No. 8:21-mj-1633-TGW          DATE: JUNE 30, 2021

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA PATRICK SCRUGGS |
| -v- | |
| | |
| JOSHUA CHRIS DOOLIN | CJA YULI KOTLER |
| | |
| INTERPRETER: N/A | TIME: 2:54-3:22 (28 min) |
| DEPUTY CLERK: DAWN SAUCIER | COURTROOM 12A |
| COURT REPORTER: N/A | TAPE: DIGITAL |

**PROCEEDING:   RULE 5/32.1 INITIAL APPEARANCE**

| | |
|---|---|
| __X__ | Defendant advised of charges in Complaint from the District of Columbia (Case No. 1:21-mj-499) |
| __X__ | Arrest Date: 6/30/2021 |
| __X__ | Court advises defendant of Rule 5 and Rule 20 rights and charges |
| __X__ | Court advises government of Due Process obligations under <u>Brady</u> v. <u>Maryland</u> |
| __X__ | Identity hearing and preliminary hearing waived |
| __X__ | Financial affidavit submitted.   CJA appointed for today's hearing. |
| __X__ | Bond/Detention: |

      Government: Agrees to conditions of release; $50,000 signature bond; surrender passport and firearms; electronic monitoring; travel restricted to MDFL and District of Columbia.

      Defendant: No objection to conditions requested by government.

      Court: Defendant to be released on $50,000 signature bond; standard conditions of release.  Special conditions: Travel restricted to MDFL and District of Columbia unless authorized in advance by District of Columbia; no change of address without written notice to Clerk of Court in District of Columbia; report to Pretrial Services in MDFL by telephone by 4 p.m. every

        Wednesday; surrender passport to Pretrial Services by 4 pm on July 1, 2021; no firearms; electronic monitoring; provide DNA specimen on request of law enforcement. Defendant warned of consequences of any violation of conditions of release.

__X__    Defendant remanded to custody of U.S. Marshal pending completion of bond paperwork.